# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ASSET PLANNING SERVICES, LTD.,** | : | |
| | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | **NO. 21-2021** |
| v. | : | |
| | : | |
| **MICHAEL HALVORSEN, *et al.*,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this 13th day of April 2022, upon consideration of Defendants Michael Halvorsen and MRK Wealth Advisors, LLC's Motion to Dismiss (ECF No. 9), Plaintiff Asset Planning Services, LTD's Response in Opposition (ECF No. 14), and Defendants' Reply Brief (ECF No. 20), **IT IS HEREBY ORDERED AND DECREED** that:

1. Defendants' Motion (ECF No. 9) is **GRANTED IN PART and DENIED IN PART**;

2. Counts One, Three and Four are **DISMISSED WITH PREJUDICE**; and

3. The rest of Plaintiff's Complaint remains.

                                                             **BY THE COURT:**

                                                             **/s/ Petrese B. Tucker**

                                                             _____

                                                             **Hon. Petrese B. Tucker, U.S.D.J.**